# EXHIBIT 1

# WAREHOUSE RATES & CHARGES AGREEMENT

: USD

一、入仓

| 收费类型 | 服务项目 | 洛杉矶仓 | 备注 |
|---|---|---|---|
| 一件代发卸货入仓费 | 卡板/散货送仓 | $30/CBM | 卡板入仓或者散货入仓，按照收货时外包箱尺寸计算，最低收费0.01CBM/箱 |
| | 整柜散货送仓<br>超过1200箱，加收$0.30/箱<br>超过5个SKU，加收$5/SKU | $600.00 | 20' Container (Including Palletizing)<br>20尺货柜 （包括打板） |
| | | $800.00 | 40' Container (Including Palletizing)<br>40尺货柜 （包括打板） |
| | | $850.00 | 40' HQ (Including Palletizing)<br>40尺高柜 （包括打板） |
| | | $950.00 | 45' HQ Container (Including Palletizing)<br>45尺高柜 （包括打板） |
| FBA退仓/退货入仓 | W<=4.4 lb | $1.50/包裹 | 所有退货需先经过确认后，才可发货。 |
| | 4.4 lb <W<=22 lb | $2.00/包裹 | |
| | 22.1 lb<W<=50 lb | $2.50/包裹 | |
| | 50.1 lb< W<=100 lb | $3.5/包裹 | |
| | 100.1 lb<W<=150 lb | $5.5/包裹 | |
| | 150.1 lb<W<=210 lb | $8.00/包裹 | |
| | 210 lb 以上 | TBD | |

二、库内操作

| 收费类型 | 服务项目 | 洛杉矶仓 | 备注 |
|---|---|---|---|
| B2C订单操作费（自带物流包装） | W<=4.4 lb | $1.0/件 | 1，包含货物的下架操作，会在货物出库时一次性收取。 |
| | 4.4 lb <W<=22 lb | $2.0/件 | 2，此订单操作仅适用于自带物流包装货物。合并，加箱打包等，需加收增值服务费（收费标准请参考增值服务项目）。 |
| | 22 lb<W<=50 lb | $3.5/件 | |
| | 50 lb< W<=100 lb | $6.0/件 | 3，按照实重和体积重较大者收取。体积重计算方式为：长*宽*高INCH/210 (LB) |
| | 100.1 lb<W<=150 lb | $9/件 | |
| | 150.1 lb<W<=210 lb | $15/件 | 4，按照实际最小操作单元收费 |
| | 210 lb以上 | TBD | 5，提货加托盘出库20封顶 |
| B2B批量操作费（自带物流包装） | W<=4.4 lb | $0.5/件 | 1，包含货物的下架操作，会在货物出库时一次性收取。 |
| | 4.4 lb <W<=22 lb | $1.0/件 | 2，此订单操作仅适用于自带物流包装货物。合并，加箱打包等，需加收增值服务费（收费标准请参考增值服务项目）。 |
| | 22.1 lb<W<=50 lb | $1.5/件 | |
| | 50.1 lb< W<=100 lb | $3.0/件 | 3，按照实重和体积重较大者收取。体积重计算方式为： |

| | | | | |
|---|---|---|---|---|
| | 100.1 lb<W<=150 lb | | $4.5/件 | 长*宽*高INCH/210 (LB) |
| | 150.1 lb<W<=210 lb | | $8.0/件 | 4，按照实际最小操作单元，每超过1piece，按照每piece收取相应费用，不封顶。 |
| | 210 lb以上 | | TBD | 5，每个B2B订单，3个SKU以内/收货地址 收费$10 每加一个$2.5 |
| 仓租费 | 8~90天 | | $0.50/立方米/天 | 免仓期只能7天 |
| | 91~180天 | | $0.75/立方米/天 | |
| | 181到270天 | | $1.25/立方米/天 | |
| | 270天以上 | | $1.50/立方米/天 | |
| 库内增值服务 | 加箱打包/开封箱 | W<=4.4 lb | $1.0/包裹 | 1，包含基本填充物料，不包含纸箱/防水袋等物流包装，物流包材费参见价目表。 |
| | | 4.4 lb <W<=22 lb | $2.0/包裹 | 2.按照实重和体积重较大者收取。体积重计算方式为：长*宽*高INCH/210 (LB) |
| | | 22.1 lb<W<=50 lb | $3.0/包裹 | 3，如果仅为开封箱操作，使用原纸箱，则无额外物流包装费用。 |
| | | 50.1 lb< W<=100 lb | $4.0/包裹 | 4，一个收货地址的组合订单 同一个包裹算一个包裹，按重量算 |
| | | 100.1 lb<W<=150 lb | $6.0/包裹 | |
| | | 150.1 lb<W<=210 lb | $8.0/包裹 | |
| | | 210LB 以上 | TBD | |
| | 清点 | W<=4.4 lb | 0.35/件 | 只清点，不分货 |
| | | 4.4 lb <W<=22 lb | 0.45/件 | |
| | | 22.1 lb<W<=50 lb | 0.65/件 | |
| | | 50.1 lb< W<=100 lb | 1.50/件 | |
| | | 100.1 lb<W<=150 lb | 2.00/件 | |
| | | 150.1 lb<W<=210 lb | 3.00/件 | |
| | | 210LB 以上 | TBD | |
| | 分货+清点 | W<=4.4 lb | 0.65/件 | 1,按照客户指令分货同时清点数量; |
| | | 4.4 lb <W<=22 lb | 0.75/件 | |
| | | 22.1 lb<W<=50 lb | 1.0/件 | |
| | | 50.1 lb< W<=100 lb | 1.75/件 | |
| | | 100.1 lb<W<=150 lb | 3.25/件 | |
| | | 150.1 lb<W<=210 lb | 6.0/件 | |

| | 210LB 以上 | TBD | |
|---|---|---|---|
| 贴标服务 | | $0.55/标签 | 按客户要求张贴货物标签、条形码, 贴快递面单等（小于 6*4inch) |
| 人工费 | | $30/人/小时 | 周一到周五加班按照1.5倍收费，周末和节假日加班按照 2.0倍收费 |
| 加急订单处理费 | | $35/订单 | 订单当天11am后收到，客人要求当天发货 |
| 取消订单处理费 | | $35/订单 | 订单已经备货完成，客人要求取消订单 |
| 打托服务 | | $15/托 | 标准40*48inch非熏蒸托盘 |
| 托盘出库 | | $10/托 | 托盘装车收费，不包含订单处理费/下架费等其他费用 |
| 拍照服务 | | $1.00/张 | 普通手机拍照，如有特殊画质要求，另行报价 |
| IT Integration: API or EDI | | TBD | At cost from 3PL Central |
| RMA | | TBD | 收货、检查外箱是否有凹陷，然后按好料坏料上架 |
| 扫描条形码 | 产品入库 | $ 0.35/标签 | |
| | 产品出库 | $ 0.35/标签 | |
| 其他增值服务 | | 另行报价 | |

24-48 business hours advanced notice is required for normal shipping and receiving
* Payment term: 30 days
* Warehouse liability coverage: $1000,000,00
* This quotation valid for 30 days from date singed below
* This quotation is made between EGREEN TRANSPORT CORPORATION located at 1383 South Cucamonga Ave,
Ontario, CA 91761 and the following Depositor, (name & address)

---

## NON-NEGOTIABLE WAREHOUSE RECEIPT, STORAGE CONTRACT, TERMS AND CONDITIONS,

1. This agreement is made between Egreen Transport Corporation, (herein called Egreen Transport) located at 1383 South Cucamonga Ave., Ontario, CA
91671, and the following Depositor, (name & address)

---

(herein called Depositor). This agreement consists of the following documents:
a. A Non-negotiable Warehouse Receipt issued for each particular lot of goods when such goods are received and accepted by Egreen Transport.
b. This Warehouse Contract and Terms and Conditions to which is attached a document or documents containing titled Warehouse and Distribution
Charges.
c. All of these documents constitute one agreement between the parties; each document is incorporated into the other and the whole constitutes the
entire agreement between the parties relating to the storage of goods.

### TERMS AND CONDITIONS AND RATES
2. This agreement is on the rates, terms and conditions of this Non-negotiable Warehouse Receipt, Storage Contract, and Term and Conditions (herein
called Contract) and the attached Warehouse and Distribution Charges (herein called Charges). All rates and charges are subject to change at any
time by Egreen Transport on notice to the Depositor. Inbound and outbound handling charges will be invoiced upon receiving or if earlier at the time
Egreen Transport is offered and accepts care and custody of the goods. Storage billing cycle is monthly by daily rate.
3. Hazardous materials must be approved before acceptance.
4. 24-48 hours advance notice is required for delivery and pickup.
5. Special services requested by Depositor, such as assembling, labeling, decorating, coloring, dismantling, packaging, re-packaging, sorting, building,
servicing, or similar work on the stored goods, are subject to such charges as are contained in a separate Work Order.
6. This Contract certifies that Egreen Transport has received and stored in the Egreen Transport storage warehouse located at 1383 South Cucamonga
Ave. Ontario, CA 91761, for the account of the Depositor, the goods described in the particular Non-negotiable Warehouse



Receipt relating to those goods, in the condition when received, except as noted on the non-negotiable Warehouse receipt. No goods are received until care and custody of the goods has been accepted by Egreen Transport. Egreen Transport accepts receipt of the goods as described in this Contract at the time a Warehouse receipt has been issued by Egreen Transport.

## RATES AND CHARGES

7. The rates and charges to be paid by Depositor to Egreen Transport, and the terms of payment of such rates and charges, are as specified in the Charges document attached to this Contract and incorporated herein.

## FUNDS ADVANCED BY EGREEN TRANSPORT PRIOR TO STORAGE

8. Before receiving these goods, Egreen Transport may have advanced money and incurred liability for activities such as transportation, demurrage, handling, preparation, weighing, packing, and related charges for which it claims a lien or security interest.

## LIABILITY OF EGREEN TRANSPORT FOR THE STORED GOODS

9. Egreen Transport and Depositor agree Egreen Transport is liable for loss or injury to the stored goods caused by the failure o Egreen Transport to exercise the level of care regarding the goods as a reasonably careful proprietor of a storage warehouse would exercise under similar circumstances.

## LIMITATIONS ON LIABILITY OF EGREEN TRANSPORT FOR THE STORED GOODS

10. Egreen Transport and Depositor agree Egreen Transport is not liable for loss or injury to the stored goods, or delay in their retrieval by Depositor, nor for any consequential damages associated with the stored goods, resulting from, or proximately caused by, any or all of the following events:
a. an act, omission, or order of Depositor or the owner of the stored goods or an agent or employee of either.
b. insects, moths, vermin, depreciation, deterioration, obsolescence, and ordinary wear and tear.
c. inherent defects, characteristics, infirmities, or fragilities of the goods.
d. hostile or warlike actions by any authority using military or police forces; acts of war; earthquake, flood, wind, lightning, heat, other acts of God.
any other events commonly called force majeure.
e. strikes, lockouts, labor disturbances, riots, or civil unrest.
f. any acts of third parties unless Egreen Transport failed to use reasonable measures to prevent such acts.
g. breakage or damage to Chinaware, bric-a-brac, ceramics, glass, and similar items of brittle or fragile composition unless such breakage or damage results from the lack of reasonable care of the goods by Egreen Transport and the brittle or fragile nature of such items is described by Depositor in this Contract.
h. assembling, labeling, decorating, coloring, dismantling, packaging, re-packaging, sorting, building, servicing, or similar work done with the stored goods, unless such breakage or damage results from the lack of reasonable care of the goods by Egreen Transport.
i. events happening before acceptance of the goods by Egreen Transport.
j. events happening after delivery of the goods by Egreen Transport to Depositor.
k. events happening at any time Egreen Transport does not have custody and control of the goods.

## LIMITATIONS ON DAMAGES FOR THE STORED GOODS

11. In the event Egreen Transport is liable for Depositor's losses or damages, the total liability of Egreen Transport for the stored goods shall not exceed the smallest of the following items:
a. the cost of repairing damaged goods.
b. the cost of replacing damaged or lost or destroyed goods with material of like kind and quality.
c. the difference between the actual cash value of damaged property at the time of receipt by Egreen Transport and the time of its delivery to the Depositor after storage.
d. the value of the deposited goods as declared by Depositor.
e. the total of $0.50 per lb of Depositor's goods up to $500.00 maximum, unless Depositor has declared higher value and paid a ad valorem charge.
12. In determining the actual cash value of damaged goods, depreciation will be deducted, and sentimental value disregarded. Depositor will be charged for betterment of the property after any repairs. Liability of Egreen Transport for damages to matched pieces of property is limited to repairing, replacing or paying for the lost or damaged pieces only; consequent diminution in value of the entire set shall be disregarded.

13. In the event Egreen Transport is liable for Depositor's losses or damages, Egreen Transport is not liable for any loss of profits, or special, indirect,

punitive or consequential damages of any kind suffered by Depositor for Depositor's loss, destruction, damage, or diminution in value, of the stored

goods, whether or not such goods are repaired or replaced by Egreen Transport. Depositor agrees Egreen Transport has no duty to indemnify

Depositor for such losses. Depositor agrees Egreen Transport has no duty to defend Depositor against any lawsuit related to such goods or their loss.

## OWNERSHIP AND NATURE OF GOODS

14. Depositor warrants to Egreen Transport that Depositor has lawful possession of and legal right to store the goods described in this Contract. Depositor

shall pay all storage and other charges, together with all costs and expenses incurred by Egreen Transport, including attorney fees, if any adverse or

conflicting claims to the goods arise between Depositor and any other person or entity. Egreen Transport Corporation is not a consignee of the goods,

and Depositor will not name Egreen Transport Corporation or any related businesses as a consignee.

15. Depositor warrants to Egreen Transport that the stored goods described above are properly classified, described, packaged, marked and labeled, are

free of hazardous substances or are otherwise properly labeled, and are in proper condition for transportation, according to all applicable regulations

and laws of the United States Department of Transportation and other U.S. agencies.

16. Depositor will indemnify, defend and hold Egreen Transport harmless from all claims, actions, losses, costs, penalties, and expenses, including

reasonable attorneys fees incurred by Egreen Transport, arising out of Depositor's failure to properly handle, manage, maintain, classify, care for,

describe, package, mark, label, and monitor for hazard substances, the stored goods.

17. Hazardous materials must be approved before acceptance. Depositor will notify Egreen Transport in writing if any goods require special handling due

to their hazardous nature or ability to damage surrounding goods or property.

## SERVICES TO STORED GOODS

18. If Egreen Transport determines, in its sole discretion, that any special treatment or protection is necessary to preserve the stored goods, or for the

protection of other goods stored in the warehouse, Egreen Transport may render that service and add the reasonable charges for such to Depositor's account.

19. For reasonable cause and in its sole discretion, Egreen Transport may at any time cancel this Contract and take Depositor's stored goods out of the

Egreen Transport warehouse at the expense of Depositor.

ACCESS AND DELIVERY

20. These goods will be delivered to the Depositor at Depositor's request, upon proper identification of Depositor or Depositor's Agent, and upon

presentation of this original Contract or a carbon copy, and upon payment in full of all accrued storage, handling, and other charges. 24-48 hours

advance notice is required for delivery and pick-up. No delivery will be made except upon written order.

21. Access and delivery of the goods is provided Monday through Friday during normal working hours of 8:30AM to 5:30PM. An additional charge will be

made if access is granted on weekends in the discretion of Egreen Transport. An additional charge will be made for partial access or partial delivery

which shall be endorsed on this Contract. Egreen Transport is not required to grant access to the goods, or to deliver the goods without surrender of

this original Contract, not a copy, by Depositor. Egreen Transport may waive this requirement in its sole discretion.

## TRANSFER OF THIS CONTRACT

22. The transfer or assignment of this Contract and its Warehouse Receipt to another depositor is prohibited without the consent of Egreen Transport, to be

given in its sole discretion.

INSURANCE

23. Egreen Transport provides liability insurance for the goods stored at the warehouse. Consequently, Depositor's goods are insured by Egreen Transport

Depositor may arrange for such insurance at its own expense and Egreen Transport will cooperate in its acquisition by Depositor

SHRINKAGE

24. Egreen Transport is not responsible for loss of goods due to inventory shortage or unexplained disappearance of stored goods unless Depositor

affirmatively establishes such loss occurred due to Egreen Transport failure to exercise the level of care regarding the goods a reasonably careful

proprietor of a storage warehouse would exercise under similar circumstances. No legal presumptions as to the cause of loss shall apply to losses of

goods stored under this Contract.

## LIEN RIGHTS OF EGREEN TRANSPORT

25. Egreen Transport Corporation claims, and Depositor grants, a lien on the goods under California Commercial Code section 7209, and under any other

provision of law, for all lawful charges owed to Egreen Transport for storage, preservation, transportation, demurrage, terminal charges, insurance,

labor, preservation, money advanced, interest, labor, weighing, coopering, services, assembling, labeling, decorating, coloring, packaging, repackaging,

sorting, dismantling, building, or other work done with the goods, and other present or future charges and expenses in relation to such

goods, and for the balance on any other accounts of Depositor that may be due, and for all costs reasonably incurred in the lien or foreclosure sale of

the goods pursuant to law.

26. Egreen Transport also claims a lien under maritime law, if applicable, the Egreen Transport Corporation's bill of lading, if issued, and Egreen Transport

Corporation's invoice "Terms & Conditions of Service," for all such lawful charges.

27. Depositor agrees to pay, and grants Egreen Transport, in addition to any lien granted by law, a lien to secure Egreen Transport reasonable attorney's

fees, legal expenses, reasonable court costs, and reasonable related charges, arising out of Egreen Transport actions to collect Depositor's unpaid

account balances, enforce Egreen Transport liens, defend Egreen Transport if Egreen Transport is made a party to any litigation concerning the goods

stored under this Contract, or prosecute any action in interpleader for the determination of ownership of the goods deposited with Egreen Transport.

28. Egreen Transport may, at its option, bring suit to collect delinquent charges from Depositor without first foreclosing its lien or the goods or any security

interest it may have in the goods. Depositor agrees such a procedure does not constitute a waiver of Egreen Transport lien right under the law.

## TIME FOR FILING CLAIMS AND SUITS

29. Egreen Transport is not liable for the loss of, destruction to, or damage of the goods unless, after the date on which the goods are delivered, or demand

for the goods is refused, then:

a. within 30 days after that date Depositor or any other person entitled to make a claim presents a claim in writing to Egreen Transport; and

b. within one year after that date, suit is filed by Depositor or any other person entitled to make a claim.

Page | 3 of 3

CHOICE OF LAW

30. This Contract shall be governed by and construed according to the laws of the State of California. Performance is to be in Los Angeles County, State

of California. In any action to enforce any part or all of this Contract, all parties agree jurisdiction and venue shall be in the Superior Court, Los Angeles

County, California.

ORIGINAL CONTRACT

31. This Contract shall be executed in two originals, one to remain in possession of Depositor and one to remain in possession of Egreen Transport. A

carbon copy signature suffices for an original. No other copies are original documents.

## GENERAL PROVISIONS

32. The title, section captions, order of paragraphs, and paragraph numbers are part of this Contract.

33. All parties consent to the use of all legal and equitable remedies available in law to enforce this Contract.

34. This Contract supersedes all prior agreements, understandings and communications between Depositor and Egreen Transport related to the subjects

described in it, whether oral or written. The parties intend this Contract, the attachments to it, and all documents that are by its terms incorporated into

it, to be a single contract and a complete and final expression of the rights, duties and obligations of the parties related to the subjects described in it.

This Contract may not be modified in any way except through a subsequent written agreement between these parties.

35. If any term of this Contract is held by a court to be void or unenforceable, the remainder of this Contract remains in full force and effect.

36. Each party shall not process or sign that document that is reasonably necessary to carry out the purpose of and in ingress the Contract

37. Should any litigation arise between the parties to this Contract the prevailing party shall be entitled to reasonable attorney fees and court costs.

38. All written notices to Egreen Transport shall be delivered by U.S. Mail or overnight express service to the following address:

Egreen Transport Corporation
1333 South Cucamonga Ave.
Ontario, CA 91761

All written notices to Depositor shall be delivered by U.S. Mail or overnight express service to the following address:

---

WHEREFORE, we have set our hands and seals and assent to this Contract on the dates noted:

Print Name/Title: Weil zhou

Print Name/Title: Warehousing Director

Signature:

Date: 1/21/2021

On Behalf of Egreen Transport Corporation on Behalf of Depositor:

Print Name/Title: Jim Chu

Print Name/Title: Warehouse & Supply Chain Manager

Signature:

Date: 1/21/2021

# Appendix 1: KPI Requirements

NOTE:KPI will be reviewed by Depositor at any time during the term of this agreement. If it appears that E-Green has failed to meet any of the KPI(s), E-Green shall provide Depositor with an action plan to be put in place by E-Green which shall reflect and address all Depositor's requirements and remediate such failure, and the Parties shall promptly (but in any case not later than within ten (10) days from Depositor's request thereof t E-Green) agree in good faith on such action plan, including a reasonable timeline to implement such action plan. Thereafter, should the Parties fail to agree on such action plan in the aforementioned timeline, or should E-Green fail to meet the same KPI at any time within the following (1) month after the action plan has been implemented, Depositor shall have the right to either immediately modify the KPI as set out in the table below attached hereto, by sending E-Green [10] days' notice in advance. If E-Green fails to meet the modified KPI in 2 months, Depositor has the rights to terminate this contract any time.

| Category | Item | KPI | Calculation |
|---|---|---|---|
| 1-Inbound | On-time inbound handling | 95.0% | Order status<br>- Receiving Scan: Day 1 (D-scan as ref.)<br>- Handling feedback: Day 4 |
| 2-Inventory | Cycle Count % | 99.95% | Inventory count data: Each quarter<br>- Discrepancy quantity =profit + loss<br>- Average Total Inventory |
| 3-Outbound | On-time Outbound Handling | 99.5% | - Order acceptance time Before the local time 8am<br>- Outbound time 1 working day |
| | Outbound Accuracy | 99.9% | - Mismatch order number in the month<br>- Total order number in the month |
| | Exception events code upload | 100.0% | - Order number with event codes<br>- Total order number |
| | | | |
| 5-Undeliverable Return | On-time Inbound receiving handling | 95.0% | - Last mile D scan time: Day 5<br>- Put away completion: Day 5 |
| 6-Instruction handling | On-time instruction handling | 95.0% | - Instruction Receiving time: Day 1<br>- Handling completion: Day 3 |

# EXHIBIT 2

# WAREFOUSE RATES & CHARGES AGREEMENT (补充协议)

| | | 项目 | 原始协议 | | 修改后协议 |
|---|---|---|---|---|---|
| 修改项目 | 收货 | 拆柜 45' 海运柜 | $950 | | $500 |
| | | 拆柜费包含 sku 数 | 5 | | 20 |
| | | 超出sku 数收费 | $5 | | $2 |
| | | 例如 1 海运柜 1200 件产品 20 个sku 收货总费用为 500 | | | |
| | | 例如 2 海运柜 1500件产品 70 个sku | | | |
| | | 收货总费用为 500+（1500-1200）X0.3+（70-20）X2=690 | | | |
| | 发货 | W<=4.4 lb | $1.00 | | $0.6 |
| | | 4.4 lb <W<=22 lb | $2.00 | | $1.2 |
| | | 22 lb<W<=50 lb | $3.50 | | $2.1 |
| | | 50 lb< W<=100 lb | $5.00 | | $3 |
| | | 100 lb<W<=150 lb | $8.00 | | $4.8 |
| | | 150 lb<W<=210 lb | $15.00 | | $15（包出库） |
| | | 贴标费 | $0.55 | | $0.3 |
| | | 扫码费取消；退货按发货标准计算 | | | |
| | | 免仓期7天，最小计费体积为0.01CBM/SKU | | | |
| | 仓储费 | 项目 | 原始协议 | 项目 | 修改后协议 |
| | | 0-30 天 | 免费 | 0-30 天 | $0.38 |
| | | 31-90 天 | $0.7 | 31-90 | $0.42 |
| | | 91-180 天 | $0.9 | 91-180 天 | $0.54 |
| | | 181--270 天 | $1.25 | 181--270 天 | $0.75 |
| | | 270 天以上 | $1.5 | 270 天以上 | $1.2 |

补充保障条款　司顺承诺在开始合作后的第三个月开始：
1.使用Egreen仓库的平均每天在库体积不低于7000 立方米；
2.平均每天出库件数不低于1200单，仓库需按照当地时间下午2:00作为截单时间。
3. 如因仓库操作原因导致当天订单延误出库或者取消，Egreen需承担相应订单损失金额。如因fedex pickup 不及时造成订单无法出库，则不包含在此条款内
4. Egreen 承诺每周卸柜并上架入库15个海柜。
5. 如未达到承诺上架量，司顺无需履约条款1和条款2。
6. 开始合作三个月后，如司顺无法达到条款1,和条款2 所承诺货量和单量，Egreen 将会以原始价格进行收费。如仓库操作每日平均出库率KPI低于99.9%,则不能按照原始价格进行收费。

In Witness Whereof, I have signed this Warehouse Rates & Charges Agreement (补充协议)of my own free will.

Name of Company:＿＿HK SISHUN TRADE CO.,LIMITED＿＿＿＿＿＿＿＿＿＿＿

Print Name/ Title:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Signature:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ Date:＿＿＿2021.04.1＿＿

Name of Company: Egreen Transport Corporation
Print Name/ Title:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Signature:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ Date:＿3/31/2021＿

HK SiShun Trade Co.,Limited 司顺贸易有限公司 (seal)

EGREEN TRANSPORT CORPORATION CALIFORNIA SEAL

1

# EXHIBIT 3

# Ben Solter

**From:** Ben Solter
**Sent:** Friday, March 7, 2025 10:45 AM
**To:** Monica W
**Cc:** Charles  Cheng
**Subject:** Formal Request for Return of Goods
**Attachments:** EGREEN Contract.pdf; Letter from SISHUN to EGREEN regarding return of goods.pdf

Dear Monica,

Please review the attached letter and contract and let me know if you have any questions.

**Best wishes,**
**Benjamin B. Solter**
**Cross-Border Counselor LLP**
Phone: (781) 752-6369
Email: bsolter@cbcounselor.com
Website: www.cbcounselor.com



1



Benjamin Solter
Cross-Border Counselor LLP
7755 Center Ave., Ste 1100
Huntington Beach, CA 92647
Email: bsolter@cbcounselor.com

March 7, 2025

**VIA COURIER**

**EGREEN TRANSPORT CORPORATION**
1383 South Cucamonga Ave.
Ontario, CA 91761

**VIA EMAIL**
monica@egreentrans.com

**Re: Return of Sishun's Goods**

Dear Monica:

We represent SHANGHAI SISHUN E COMMERCE Co., Ltd. and its related entities
("SISHUN"). This letter serves as formal notice that SISHUN has decided not to continue
doing business with EGREEN TRANSPORT CORPORATION ("EGREEN"). We invoke
Clause 20 of the Warehouse Rates and Charges Agreement (the "Agreement") as the basis for
our request that EGREEN promptly return all SISHUN goods in EGREEN's warehouses to
SISHUN. For your reference, a copy of the signed Agreement is enclosed with this letter.
Clause 20 states:

> These goods will be delivered to the Depositor at Depositor's request, upon
> proper identification of Depositor or Depositor's Agent, and upon presentation
> of this original Contract or a carbon copy, and upon payment in full of all
> accrued storage, handling, and other charges. 24 to 48 hours advance notice is
> required for delivery and pick-up. No delivery will be made except upon
> written order.

Accordingly, we hereby request the immediate release and return of all SISHUN goods held
by EGREEN. SISHUN will provide further instructions regarding the manner in which these
goods should be transferred.

Nothing contained or omitted in this letter is intended to be or shall be construed as a waiver
or relinquishment of any of our client's rights or remedies, whether legal or equitable, all of
which are expressly reserved.

Page 2 of 2
March 7, 2025

We appreciate your prompt attention to this matter. Please confirm in writing that EGREEN will comply with this request. If you have any questions, do not hesitate to contact us at bsolter@cbcounselor.com.

Yours sincerely,

Benjamin Solter, Esq.
Partner
Cross-Border Counselor LLP

# EXHIBIT 4

**Ben Solter**

---

| | |
|---|---|
| **From:** | Dr. Dariush Adli <adli@adlilaw.com> |
| **Sent:** | Saturday, March 8, 2025 11:09 PM |
| **To:** | Ben Solter |
| **Cc:** | Charles  Cheng; Monica Wang; Jacob Mojarro; Dr. Dariush Adli |
| **Subject:** | Re: Formal Request for Return of Goods |
| **Attachments:** | Attachment 10-INVOICE SISHUN202502.pdf |

Hi Ben:

Our firm represents Egreen in this matter.  Please forward all communications re this dispute to my attention.  Your letter selectively quotes a section of the warehouse services agreement that is subject to other sections of the agreement, according to which, Egreen maintains a clear and indisputable possessory lien on the goods for the amount it is owed.  See, e.g., Paragraph 25.

I am attaching Egreen's invoice for services rendered for just last month, Feb. , 2025. This is not the total amount owed by your client to Egreen.

In my call with the attorneys at Dorsey and Whitney LP, who stated that they represent HK Sishun Trade Co., Limited, they acknowledged that their client owed some money to Egreen, which it needed to pay in order to get the goods back, and requested that Egreen provide them with the amount owed so that it can be paid before the goods are returned.

In any event, your position that Egreen should return the goods without payment of the amount owed is, of course, untenable.

I would welcome a call to discuss this dispute. You can reach me at my direct line 213-623-6547 on my cell 310-922-6873 anytime, including this weekend.  Look forward to hearing from you.  Dariush

*We appreciate the opportunity to be of service to you.  Feel free to contact me with any questions or comments. Thank you.*



**Dr. Dariush Adli, Ph.D., Esq. l President**
22235 Pacific Coast Hwy, Unit "G"

Malibu, CA 90265
Direct: (213) 623-6547 I Fax: (213) 623-6554
adli@adlilaw.com **I** www.adlilaw.com/dr-dariush-g-adli/

---------- Forwarded message ---------
From: **Ben Solter** <bsolter@cbcounselor.com>
Date: Fri, Mar 7, 2025 at 11:45 AM
Subject: Formal Request for Return of Goods
To: Monica W <monica@egreentrans.com>
CC: Charles Cheng <charles.cheng@cbcounselor.com>

Dear Monica,

Please review the attached letter and contract and let me know if you have any questions.

**Best wishes,**

**Benjamin B. Solter**

**Cross-Border Counselor LLP**

Phone: (781) 752-6369

2

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**
Invoice no.: SISHUN202502
Terms: Due on receipt
Invoice date: 03/03/2025
Due date: 03/03/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Operation Fee** | 2025/2/1-2/28 | 1 | $680,623.50 | $680,623.50 |
| 2. | **Inbound Handling** | 2025/2/1-2/28 | 1 | $395,018.60 | $395,018.60 |
| 3. | **Storage** | 2025/2/1-2/28 | 1 | $1,040,187.11 | $1,040,187.11 |
| 4. | **Outbound Handling** | 2025/2/1-2/28 | 1 | $50,768.70 | $50,768.70 |
| 5. | **Services** | OT 2025/2/1-2/28 | 1 | $65,025.00 | $65,025.00 |
| 6. | **Misc** | 2025/2/1-2/28 30% | 1 | $669,486.88 | $669,486.88 |

**Total**     **$2,901,109.79**

## Ways to pay

BANK

**Overdue**     03/03/2025

View and pay

EGREEN TRANSPORT
CORPORATION
CALIFORNIA

SEAL

# EXHIBIT 5

 Outlook

---

**RE: Formal Request for Return of Goods**

---

**From** Ben Solter <bsolter@cbcounselor.com>

**Date** Sun 3/9/2025 8:14 PM

**To** Dr. Dariush Adli <adli@adlilaw.com>

**Cc** Charles Cheng <charles.cheng@cbcounselor.com>; Monica Wang <monica@mayrockgroup.com>; Jacob Mojarro <jacob.mojarro@adlilaw.com>; aengle <aengle@cbcounselor.com>

Hi Dariush,

As a follow-up to my earlier email I can confirm our firm, Cross-Border Counselor LLP, represents Sishun in this matter.

Thank you again for your prompt response to our last correspondence. We understand Egreen is preparing a final invoice for the sum it believes is owed for warehouse services. Please provide that finalized invoice by tomorrow, March 10, 2025, at 3:00 PM Pacific Time. Along with the invoice we would appreciate clarification as to the nature and basis of the "Misc Fee" (Item 6 in the amount of $669,486.88) that appears on the previous invoice, as well as a statement of any warehouse fees allegedly owed by Sishun.

We note that under the relevant statutes (including Cal. Com. Code §§ 7202, 7209, and 7210), warehouses must accurately specify the charges, fees, or expenses for which they claim a lien or right of payment. We therefore request assurance that these charges comply with the applicable requirements and reflect any amounts Egreen contends Sishun must pay to secure the release of Sishun's goods.

Our client's goods are losing value daily and cannot be sold while sequestered by Egreen. If Egreen is unwilling to cooperate in this matter we will be forced to seek a court order compelling release of the goods.

If you have any questions or need further information from us, please let me know. We look forward to receiving your response. Nothing in this communication should be construed as a waiver or relinquishment of any of our client's rights, claims, or remedies, all of which are expressly reserved.


**Best wishes,**
**Benjamin B. Solter**
**Cross-Border Counselor LLP**
Phone: (781) 752-6369
Email: bsolter@cbcounselor.com
Website: www.cbcounselor.com




# EXHIBIT 6

 Outlook

---

## Reply to Ben (Sishun attorney)

---

**From**   Dr. Dariush Adli <adli@adlilaw.com>

**Date**   Mon 3/10/2025 1:47 PM

**To**   Ben Solter <bsolter@cbcounselor.com>

**Cc**   Charles Cheng <charles.cheng@cbcounselor.com>; Monica Wang <monica@mayrockgroup.com>; Jacob Mojarro <jacob.mojarro@adlilaw.com>; aengle <aengle@cbcounselor.com>; Dr. Dariush Adli <adli@adlilaw.com>; Adli Litigation <litigation@adlilaw.com>

📎 13 attachments (4 MB)

Payment due Summary List (SISHUN) - v1.xlsx; Attachment 1-Invoice SISHUN20250303CA.pdf; Attachment 3-Invoice SISHUN2024Balance.pdf; Attachment 4-Invoice SAV20250219.pdf; Attachment 5-Invoice SISHUN22-23-90KG.pdf; Attachment 7-Invoice SISHUN-SAVTOTAL.pdf; Attachment 8-Invoice SISHUN122024_Balance.pdf; Attachment 9-Invoice SISHUN202501_Balance.pdf; Attachment 10-INVOICE SISHUN202502.pdf; Attachment 12-Invoice SISHUN202501CA.pdf; Attachment 13-Invoice SISHUN202502CA.pdf; Attachment 11-INVOICE SISHUN20250306.pdf; E-GREEN_Agreement.pdf;

Hi Ben:

This is a follow up to our recent communications regarding the dispute between Sishun and Egreen.  I am forwarding the amount that is due to our client, which total $47,963,120.91 . This is the amount that needs to be paid in order for Sishun to get the goods released.

In the meantime, the February invoice, which remains unpaid and is also attached, amounts to $2.901,109.79.  This invoice needs to be paid immediately in order for our client to be able to resume normal operations.

In your email of March 8, you had questions re the Misc. item in Feb. invoice, for the amount of $669,486.88.  Our client is gathering that information about the specifics of that item, but in the meantime, is willing to accept the remainder $2,231,622.91 in order to pay workers salary and must  costs.

Your urgent attention to this matter is required.  Dariush

*We appreciate the opportunity to be of service to you.  Feel free to contact me with any questions or comments. Thank you.*



**Dr. Dariush Adli, Ph.D., Esq. l President**
22235 Pacific Coast Hwy, Unit "G"

## Payment due Summary List (SISHUN)

| | Details | Due Amount | Accumulated balance | Attachment |
|---|---|---|---|---|
| 1 | Service fee for February 2025 | $ 2,901,109.79 | $ 2,901,109.79 | Attachment 10 |
| 2 | Short of payment for January 2025 Service fee (Labeling) | $ 45,132.20 | $ 2,946,241.99 | Attachment 9 |
| 3 | Short of payment for December 2024 Service fee (Labeling) | $ 44,165.00 | $ 2,990,406.99 | Attachment 8 |
| 4 | Short of payment for January 2025 Service fee (Price deduction) | $ 413,920.06 | $ 3,404,327.05 | Attachment 9 |
| 5 | Short of payment for 04/04/2024 to 01/03/2025 service fee (for over 70LB in SAV Warehouse) | $ 113,208.40 | $ 3,517,535.45 | Attachment 4 |
| 6 | Short of payment for July 2022 to April 2023 service fee (for over 95KGS) | $ 54,800.20 | $ 3,572,335.65 | Attachment 5 |
| 7 | Short of payment for May-October 2024 service fee | $ 63,842.73 | $ 3,636,178.38 | Attachment 3 |
| 8 | SAV Warehouse Space Adjustment Fee | $ 26,509,722.62 | $ 30,145,901.00 | Attachment 7 |
| 9 | CA Price Difference for 2021-2024 | $ 14,513,488.53 | $ 44,659,389.53 | Attachment 1 |
| 10 | Inventory count fee | $ 647,306.30 | $ 45,306,695.83 | Attachment 11 |
| 11 | Short of Payment for January 2025 Price difference | $ 846,652.92 | $ 46,153,348.75 | Attachment 12 |
| 12 | Short of Payment for February 2025 Price difference | $ 819,772.16 | $ 46,973,120.91 | Attachment 13 |
| 13 | Legal fee | $ 990,000.00 | $ 47,963,120.91 | |
| | **Total** | $ 47,963,120.91 | | |

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**
Invoice no.: SISHUN20250303CA
Terms: Due on receipt
Invoice date: 03/03/2025
Due date: 03/03/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Operation Fee** | CA Rate discrepancy | 1 | $14,513,488.53 | $14,513,488.53 |

| | |
|---|---|
| Total | **$14,513,488.53** |

## Ways to pay

BANK

**Overdue**    03/03/2025

[ View and pay ]

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**

Invoice no.: SISHUN2024Balance
Terms: Due on receipt
Invoice date: 02/07/2025
Due date: 03/01/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Misc** | Deduction refund 202405-202410 | 1 | $63,842.73 | $63,842.73 |

## Ways to pay

BANK

| | |
|---|---|
| Total | **$63,842.73** |
| **Overdue** | 03/01/2025 |

**View and pay**

SISHUN May-October 2024 Payment/Difference Status

| | Period | Inv# | Invoice Amount | Received Amount | Balance - Deducted | Egreen verified deducted amount | Refund to Egreen Amount |
|---|---|---|---|---|---|---|---|
| A006 Sishun | 2024.04&05 | SISHUN052024 | $2,014,371.83 | $1,868,724.93 | $ 145,646.90 | $ 46,506.70 | |
| A006 Sishun | 2024.06 | SISHUN062024 | $2,003,185.53 | $2,003,185.53 | $ - | $ 2,746.89 | |
| A006 Sishun | 2024.07 | SISHUN072024 | $2,192,540.43 | $2,192,540.43 | $ - | $ 313.22 | |
| A006 Sishun | 2024.08 | SISHUN082024 | $2,156,979.95 | $2,155,062.95 | $ 1,917.00 | 34,154.36 | |
| A006 Sishun | 2024.09 | SISHUN092024 | $2,178,373.45 | $2,109,596.45 | $ 68,777.00 | $ 68,777.00 | |
| A006 Sishun | 2024.10 | SISHUN102024 | $2,516,184.79 | $2,378,054.78 | $ 138,130.01 | $ 138,130.01 | |
| 合计 | | | $13,061,635.98 | $12,707,165.07 | $ 354,470.91 | $ 290,628.18 | $ 63,842.73 |

Ex 6 Page 4 of 14

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**

Invoice no.: SAV20250219
Terms: Due on receipt
Invoice date: 02/19/2025
Due date: 02/19/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Operation Fee** | balance of SAV over 70lbs | 1 | $113,208.40 | $113,208.40 |

| | |
|---|---|
| **Total** | **$113,208.40** |

## Ways to pay

BANK

**Overdue**                          02/19/2025

**View and pay**

# INVOICE



**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867

**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**
Invoice no.: SISHUN22-23-90KG
Terms: Due on receipt
Invoice date: 03/03/2025
Due date: 03/03/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Operation Fee** | Short of payment for July 2022 to April 2023 service fee (for over 95KGS) | 1 | $54,800.20 | $54,800.20 |

| | |
|---|---|
| Total | **$54,800.20** |

## Ways to pay

BANK

**Overdue**    03/03/2025

View and pay

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**
Invoice no.: SISHUN22-23-90KG
Terms: Due on receipt
Invoice date: 03/03/2025
Due date: 03/03/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Operation Fee** | Short of payment for July 2022 to April 2023 service fee (for over 95KGS) | 1 | $54,800.20 | $54,800.20 |

## Ways to pay

BANK

**View and pay**

| | |
|---|---|
| **Total** | **$54,800.20** |
| **Overdue** | 03/03/2025 |

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**

Invoice no.: SISHUN-SAVTOTAL
Terms: Due on receipt
Invoice date: 03/03/2025
Due date: 04/01/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Services** | SAV1 Warehouse Space Adjustment Fee | 1 | $12,988,896.54 | $12,988,896.54 |
| 2. | **Services** | SAV2 Warehouse Space Adjustment Fee | 1 | $13,520,826.08 | $13,520,826.08 |

| | |
|---|---|
| **Total** | **$26,509,722.62** |

## Ways to pay

 Pay  VISA  MasterCard  DISCOVER  AMEX  BANK

**View and pay**

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



## HK SISHUN TRADE CO.LIMITED

**Bill to**
Sishun

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**

Invoice no.: SISHUN122024
Terms: Due on receipt
Invoice date: 12/31/2024
Due date: 01/10/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Shipments Fee** | 12/1/2024-12/31/2024 | 1 | $1,200.00 | $1,200.00 |
| 2. | **Inbound Handling** | 12/1/2024-12/31/2024 | 1 | $202,183.60 | $202,183.60 |
| 3. | **Operation Fee** | 12/1/2024-12/31/2024 | 1 | $704,816.05 | $704,816.05 |
| 4. | **Storage** | 12/1/2024-12/31/2024 | 1 | $1,096,660.74 | $1,096,660.74 |
| 5. | **Palleting** | 12/1/2024-12/31/2024 | 1 | $52,784.13 | $52,784.13 |
| 6. | **Services** | 12/1/2024-12/31/2024 | 1 | $79,737.50 | $79,737.50 |

## Ways to pay

|  |  |
|---|---|
| **Total** | **$2,137,382.02** |
| Payment | -$2,093,217.02 |
| **Balance due** | **$44,165.00** |
| **Overdue** | 01/10/2025 |

View and pay

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



## HK SISHUN TRADE CO.LIMITED

**Bill to**
Sishun

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**

Invoice no.: SISHUN202501
Terms: Due on receipt
Invoice date: 02/05/2025
Due date: 02/05/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Operation Fee** | | 1 | $591,687.92 | $591,687.92 |
| 2. | **Inbound Handling** | 2025/1/1-1/31 | 1 | $317,293.20 | $317,293.20 |
| 3. | **Storage** | 2025/1/1-1/31 | 1 | $1,120,165.90 | $1,120,165.90 |
| 4. | **Outbound Handling** | 2025/1/1-1/31 | 1 | $47,400.47 | $47,400.47 |
| 5. | **Services** | OT 2025/1/1-1/31 | 1 | $38,036.25 | $38,036.25 |
| 6. | **Misc** | Rate adjustment | 1 | $413,920.06 | $413,920.06 |

## Ways to pay

BANK

**View and pay**

| | |
|---|---|
| **Total** | **$2,528,503.80** |
| Payment | -$2,069,451.54 |
| **Balance due** | **$459,052.26** |
| **Overdue** | 02/05/2025 |

Ex 6 Page 10 of 14

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**
Invoice no.: SISHUN202502
Terms: Due on receipt
Invoice date: 03/03/2025
Due date: 03/03/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Operation Fee** | 2025/2/1-2/28 | 1 | $680,623.50 | $680,623.50 |
| 2. | **Inbound Handling** | 2025/2/1-2/28 | 1 | $395,018.60 | $395,018.60 |
| 3. | **Storage** | 2025/2/1-2/28 | 1 | $1,040,187.11 | $1,040,187.11 |
| 4. | **Outbound Handling** | 2025/2/1-2/28 | 1 | $50,768.70 | $50,768.70 |
| 5. | **Services** | OT 2025/2/1-2/28 | 1 | $65,025.00 | $65,025.00 |
| 6. | **Misc** | 2025/2/1-2/28 30% | 1 | $669,486.88 | $669,486.88 |

| | |
|---|---|
| **Total** | **$2,901,109.79** |

## Ways to pay

BANK

**Overdue**    03/03/2025

View and pay

EGREEN TRANSPORT
CORPORATION
CALIFORNIA
SEAL

Ex 6 Page 11

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**

Invoice no.: SISHUN20250306
Terms: Due on receipt
Invoice date: 03/06/2025
Due date: 03/06/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Services** | Inventory counting | 1 | $647,306.30 | $647,306.30 |

| | Total | **$647,306.30** |
|---|---|---|

## Ways to pay

BANK

View and pay

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**

Invoice no.: SISHUN202501CA
Terms: Due on receipt
Invoice date: 03/07/2025
Due date: 03/07/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Inbound Handling** | CA 2025.1.1-2025.1.31 Price difference | 1 | $79,606.97 | $79,606.97 |
| 2. | **Operation Fee** | CA 2025.1.1-2025.1.31 Price difference | 1 | $422,457.70 | $422,457.70 |
| 3. | **Storage** | CA 2025.1.1-2025.1.31 Price difference | 1 | $344,588.25 | $344,588.25 |

| | |
|---|---|
| **Total** | **$846,652.92** |

## Ways to pay

BANK

| | |
|---|---|
| **Overdue** | 03/07/2025 |

View and pay

# INVOICE

**Egreen Transport Corporation**
1383 S Cucamonga Ave
Ontario, CA 91761-4507

allaccounting@egreentrans.com
+1 (703) 608-8867



**Bill to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Ship to**
HK SISHUN TRADE CO.LIMITED
19H Maxgrand plaza, No.1812 Tai Yau
Street, San Po Kong
Kowloon, HK

**Invoice details**

Invoice no.: SISHUN202502CA
Terms: Due on receipt
Invoice date: 03/07/2025
Due date: 03/07/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Inbound Handling** | CA2025.2.1- 2.28 Price difference | 1 | $80,813.69 | $80,813.69 |
| 2. | **Operation Fee** | CA 2025.2.1- 2.28 Price difference | 1 | $369,621.80 | $369,621.80 |
| 3. | **Storage** | CA 2025.2.1- 2.28 Price difference | 1 | $369,336.67 | $369,336.67 |

| | |
|---|---|
| **Total** | **$819,772.16** |

## Ways to pay

BANK

**Overdue**    03/07/2025

**View and pay**