UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 25-0663 FMO (SPx)** | Date | **March 14, 2025** |
|---|---|---|---|
| Title | **Sishun Trade Co., Limited v. Egreen Transport Corporation** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):                Attorney Present for Defendant(s):

None Present                              None Present

**Proceedings:        (In Chambers) Order Re: Briefing re: Application for Temporary Restraining Order and Preliminary Injunction**

Having reviewed plaintiffs' Ex Parte Application for Temporary Restraining Order and Preliminary Injunction (Dkt. 5, "Application"), IT IS ORDERED THAT:

1. Defendant Egreen Transport Corporation shall file an opposition no later than **March 19, 2025**, at **noon**. Defendant is cautioned that sanctions may be imposed if defendant takes any action impairing plaintiff's ability to obtain complete relief.

2. Plaintiff shall file a reply no later than **March 21, 2025**.

3. Unless the court orders otherwise, plaintiffs' Application will be deemed submitted, without oral argument, on either: (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The court may order further briefing or other proceedings, at any time, as appropriate.

4. Plaintiffs' counsel shall forthwith provide notice of this Order to defendant and file a proof of service no later than **March 17, 2025**, at **6:00 p.m**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |